AO 442 (Rev. 11/11) Arrest Warrant

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT - 4 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

RECV USMS D43 15SEP'16

| United States of America | ) |
|---|---|
| v. | ) |
| Keith Mullen | ) Case No. 3:16cr71WHB-LRA |
| (Wherever Found) | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Keith Mullen,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy to Possess With Intent to Distribute a Controlled Substance.

ARTHUR JOHNSTON, CLERK

Date:     09/07/2016                                                                                   _C. Louisville_
                                                                                                        *Issuing officer's signature*

City and state:     Jackson, MS                                                                 C. Louisville, Deputy Clerk
                                                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 9-15-2016, and the person was arrested on *(date)* 10-3-2016
at *(city and state)* Jackson, MS.

Date: 10-3-2016                                                         For Agent: _[signature]_
                                                                                *Arresting officer's signature*

                                                                                For Agent: DUSM Nick Rosell
                                                                                *Printed name and title*